IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| BINYAM MEBRAHTU DANIEL,<br><br>*Petitioner,*<br><br>VS.<br><br>WARDEN, IAH Polk Adult Detention Center; GABRIEL MARTINEZ, Field Office Director of Enforcement and Removal Operations, Dallas Office, Immigration and Customs Enforcement; TODD M. LYONS, Acting Director of Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TODD BLANCHE, Acting U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, in their official capacities,<br><br>*Respondents.* | § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 9:26-CV-00549<br>JUDGE MICHAEL J. TRUNCALE |

**ORDER GRANTING RESPONDENTS' MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS AS MOOT**

Before the Court is Respondents' Motion to Dismiss Petition for Writ of Habeas Corpus as Moot. [Dkt. 4]. Respondents advise the Court that Petitioner was removed from the United States on July 30, 2026 via ICE air charter operations. Given the above information, Respondents file the present motion requesting the Court deny Petitioners' Petition for Writ of Habeas Corpus as moot. After considering Respondents' motion and reviewing the pleadings on file, the Court grants the same.

It is therefore **ORDERED** that Respondents' Motion to Dismiss Petition for Writ of Habeas Corpus as Moot [Dkt. 4] is hereby **GRANTED** and Petitioner's Petition for Writ of Habeas Corpus [Dkt. 1] is hereby **DENIED AS MOOT**.

It is further **ORDERED** that all attorneys' fees and costs shall be borne by the Party incurring same, that all Court dates and deadlines are hereby **VACATED,** and that all other pending motions filed herein are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this case.

**SIGNED this 19th day of August, 2026.**

Michael J. Truncale
United States District Judge